# Court of Appeals
# of the State of Georgia

ATLANTA, December 11, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0608.  SUMMERVILLE v. THE STATE.**

This case is before us on Appellant's motion to remand the case to the trial court for an evidentiary hearing on the issue of ineffective assistance of counsel. Counsel for appellant shows that he was appointed after the hearing on the motion for new trial and after the notice of appeal was filed.  Accordingly, because appellate counsel is raising the issue of ineffectiveness at the first available opportunity, the motion to remand is GRANTED and the case is REMANDED to the trial court for consideration of this issue.  See *McGlohon v. State*, 228 Ga. App. 726, 728 (492 SE2d 715) (1997).  Should the trial court find that appellant was not denied effective assistance of trial counsel, then appellant will be entitled to file a notice of appeal within thirty (30) days of the entry of any such adverse order.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 12/11/2013
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_, *Clerk.*